## White, et ux., Appellants, *v.* Zimmerman.

Argued December 10, 1975. *Edward F. Silva,* with him *Jack E. Feinberg,* for appellants; *Richard A. Bell,* with him *Bell, Silberblatt & Swoope,* for appellee.

Order affirmed.